IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA,

SOUTHERN DIVISION

UNITED STATES OF AMERICA

Vs.                                                                          CRIMINAL NO:  16-90-KD

TERANCE GAMBLE,

    DEFENDANT.

### MOTIONTO DISMISS INDICTMENT

Comes the Defendant and moves the Court to dismiss the Indictment on the grounds that the Defendant has been convicted and sentenced for the same incident as alleged in the Indictment by the State of Alabama.  Thus, the prosecution of this Indictment is a violation of the Defendant's Fifth Amendment Constitutional protection against being placed twice in jeopardy for the same crime.  A memorandum in support is being filed.

    s\Barre C. Dumas
    Attorney for Defendant

126 Government Street
Mobile, Al.  36602
251-438-2333

CERTIFICATE OF SERVICE

I certify that I have this 16th day of June electronically filed the above with the Court in accordance with the Rules and protocol of the Court.  It will thereby be served upon counsel for the Government, Michelle O'Brian, AUSA.

S\Barre C. Dumas